UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ADOBE SYSTEMS INCORPORATED, | ) | Case No.: 11-CV-04132-LHK |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER TO FILE STIPULATION OF DISMISSAL |
| RENE VELARDE, ET AL., | ) ) | |
| Defendants. | ) ) | |

According to the Certification of ADR Session filed May 30, 2012, the parties have fully settled this matter, and the ADR process is complete. *See* ECF No. 34.  A further case management conference is currently set for June 13, 2012.  Accordingly, by June 6, 2012, the parties shall file either a stipulation of dismissal with prejudice, or a joint case management statement pursuant to Civil Local Rule 16-10(d), in which the parties shall provide a date by which they will file their stipulation of dismissal with prejudice.

**IT IS SO ORDERED.**

Dated: May 31, 2012

_____
LUCY H. KOH
United States District Judge