UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADOBE SYSTEMS INCORPORATED, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RENE VELARDE, ET AL., ) <br> ) <br> Defendants. ) <br> ) | Case No.: 11-CV-04132-LHK <br><br> ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

On May 31, 2012, the Court ordered the parties to file by June 6, 2012, either a stipulation of dismissal with prejudice or a joint case management statement pursuant to Civil Local Rule 16-10(d). Plaintiffs have filed neither. Instead, they filed a Notice of Settlement on June 5, 2012, in which they state that they expect to finalize their settlement within six weeks, and ask that the Court vacate all trial and pre-trial dates, including the June 13, 2012 case management conference.

To allow the parties time to finalize their settlement, the June 13, 2012 case management conference is hereby continued to July 11, 2012, at 2:00 p.m. However, unless and until the parties file a stipulation of dismissal with prejudice, the Court will not vacate any trial or pre-trial dates. Accordingly, by July 3, 2012, the parties shall file either a stipulation of dismissal with prejudice or a joint case management conference statement. The Court will not continue the July 11 case management conference further.

**IT IS SO ORDERED.**

Dated: June 11, 2012

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-cv-04132-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE